IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

RHONDA DENSON JOHNSON,

       Plaintiff,

    v.

ATLANTIC COUNTY, et al.,

       Defendants.

Civil No. 07-4212-RBK-AMD

**<u>SCHEDULING ORDER</u>**

    This Scheduling Order sets forth the following directives:

    IT IS this **18th** day of **August 2008,** hereby **ORDERED:**

    1. The Court will conduct a telephone status conference on **<u>September 4, 2008 at 9:45 A.M.</u>**. Counsel for plaintiff shall initiate the telephone call.

                      <u>s/ Ann Marie Donio</u>
                      ANN MARIE DONIO
                      United States Magistrate Judge

cc: Hon. Robert B. Kugler